IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| David Voros and Alexandra Stasko, | ) | CA: 3:22-cv-01265-MGL |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | **RULE 26(f) REPORT** |
| v. | ) | |
| | ) | |
| The McClatchy Company, LLC d/b/a The State and Lucas Daprile, | ) | |
| | ) | |
| Defendant(s). | ) | |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒ We agree that the schedule set forth in the Conference and Scheduling Order filed **May 13, 2022** requires modification as set forth in **the proposed Consent Amended Scheduling Order, which was e-mailed to chambers by counsel for Plaintiffs**. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 were separately filed by the parties.**

☐ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

(SIGNATURE PAGE ATTACHED)

        Respectfully submitted,

        s/Susan Drake DuBose
        Jay Bender
        Federal ID No.  01294
        Susan Drake DuBose
        Federal ID No.  6735
        BAKER, RAVENEL 7 BENDER, LLP
        3710 Landmark Drive, Suite 400
        Post Office Box 8057
        Columbia, South Carolina  29202
        Phone: (803)799-9091; Fax: (803)779.3423
        E-Mail:
        jbender@brblegal.com
        sdubose@brblegal.com
        *Attorneys for Defendants The McClatchy Company, LLC d/b/a The State and Lucas Daprile*

June 17, 2022